JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>                 Plaintiff,<br><br>    v.<br><br>1711 S. CATALINA, LLC, et al.,<br><br>                 Defendant. | Case No. 2:22-cv-03523-FLA (MAAx)<br><br>**ORDER DISMISSING ACTION [DKT. 14]** |

1

On July 1, 2022, Plaintiff Deondre Raglin ("Plaintiff") filed a Notice of Voluntary Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 14. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The Order to Show Cause (Dkt. 13) is DISCHARGED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: July 6, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2